UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DESHAWN WITCHER,

    Petitioner,
                            Case No. 1:06-cv-379

v
                                HON. JANET T. NEFF

JOHN PRELESNIK,

    Respondent.
_____/

## **FINAL ORDER**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the objections (Dkt 47) are DENIED and the Report and Recommendation of the Magistrate Judge (Dkt 44) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the petition for habeas corpus relief (Dkt 1) is DENIED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is DENIED as to each issue asserted.


Date: August 7, 2009                                          /s/Janet T. Neff
                                                               JANET T. NEFF
                                                               United States District Judge